1  SAO
2  MATTHEW J. DOUGLAS
   Nevada Bar No. 11371
3  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059

*Attorneys for Defendant*
6  *American Family Insurance*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

         APR 2 5 2011

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

| | |
|---|---|
| PRIMO JAVIER and FELISA JAVIER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-00078-LRH-LRL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Ben Bingham, attorney for the Plaintiff, PRIMO AND FELISA JAVIER, and Matthew J. Douglas, attorneys for Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY that the Plaintiffs' Complaint be dismissed

///
///
///
///
///
///
///
///
///

Page 1 of 3

239978

Case 2:11-cv-00078-LRH-LRL   Document 11   Filed 04/25/11   Page 2 of 3
Case 2:11-cv-00078-LRH-LRL   Document 10   Filed 04/18/11   Page 2 of 3
Apr. 12. 2011 3:03PM                                       No. 0827   P. 2

1  with prejudice as to the claims of Plaintiffs pursuant to settlement.

2  DATED this ____ day of April, 2011.

ATKIN WINNER & SHERROD

_____
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102


BENSON & BINGHAM

_____
Ben Bingham
Nevada Bar No. 7280
626 S. Tenth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

Page 2 of 3

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice.

DATED this 25 day of April 2011.

_____
DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:11-CV-00078-LRH-LRL